Certificate Number: 05781-MA-DE-038055250

Bankruptcy Case Number: 23-11987



05781-MA-DE-038055250

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 29, 2023, at 10:06 o'clock AM PST, Sovattra Naw completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date:   December 29, 2023              By:     /s/Allison M Geving

                                        Name:   Allison M Geving

                                        Title:  President